UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LUC BURBON,

                    Plaintiff,

     -against-

SMITH+NOBLE HOME, INC.,

                    Defendants.

-------------------------------------------------------X

Case No. 1:20-cv-5678-ERK-TAM

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Luc Burbon and Defendant Smith+Noble Home, Inc. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 16, 2021

By: _____
Bradly G. Marks
The Marks Law Firm, PC
54 W 40th Street, #1131
New York, NY 10018
T:(646) 770-3775
brad@markslawpc.com

By: _____
Daniella Adler
Littler Mendelson PC
900 Third Avenue, 8th Fl
New York, NY 10022
T:(212) 471-4470
dadler@littler.com